IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

COUNTRY WIDE HOME LOANS
MORTGAGE CORPORATION

Plaintiff

vs                                                     CIVIL 05-1082CCC

TEDDY RIVERA-RIVERA
ARELIS LENIT BARBOSA-PLUGEZ,
and the conjugal partnership constituted
between them

Defendants

## ORDER OF EXECUTION

Upon motion filed by plaintiff herein for the execution of the judgment entered on April 29, 2005 and it appearing from the records of this Court and from plaintiff's motion that the defendants failed to pay to the plaintiff the sums of money adjudged to be paid under said judgment,

And it appearing further that more than ten days have elapsed from the entry of judgment,

IT IS HEREBY ORDERED that the United States Marshal appointed by the Court proceed forthwith and sell at public auction to the highest bidder, the property referred to in the Judgment and described as follows:

"URBANA: Solar marcado con el número quince (15) del Bloque A de la calle número uno "1" en el plano de inscripción de la Urbanización San Pedro, localizada en el Barrio Candelaria del término municipal de Toa Baja, Puerto Rico, con una cabida superficial de doscientos sesenta y dos punto cincuenta (262.50) metros cuadrados.  En lindes por el NORTE, en una distancia de veinticuatro punto novecientos noventa y nueve (24.999) metros con el solar "A" guión dieciseis (A-16); por el SUR, en una distancia de veinticinco punto cero cero cero (25.000) metros, con el solar "A" guión catorce (A-14); por el ESTE, en una distancia de diez punto quinientos (10.500) metros, con la calle número uno (1); y por el OESTE, en un adistancia de diez punto quinientos (10.500) metros, con la Avenida "D.  Enclava edificación.

Finca número 23,924, inscrita al folio 160 del tomo 417 de Toa Baja, Sección II de Bayamón."

CIVIL 05-1082CCC                              2

Said auction must be held in the manner and form provided in said Judgment and as herein further provided:

a) Said public sale will be held at the office of the United States Marshal for this District.

b) Notices of sale will be published by the United States Marshal once a week for at least four weeks prior to the date of the sale, in a newspaper printed regularly and having a general circulation on the Island of Puerto Rico.

c) The United States Marshal at the sale will not accept in payment of the property to be sold anything but United States currency or certified checks, except in case the property be sold and adjudicated to the plaintiff, in which case the amount of the bid made by plaintiff will be credited and deducted from its mortgage credit; the plaintiff being bound to pay in cash or certified check only any excess of its bid over the secured indebtedness then remaining unsatisfied.

d) The United States Marshal may, either personally or by some person designated by him to act in his name and by his authority, adjourn the sale from time to time without further publication.

e) Upon confirmation of the sale by this Court, the United States Marshal will execute and deliver a deed of conveyance of the property sold to the purchaser thereof.

SO ORDERED.

At San Juan, Puerto Rico, on July 19, 2005.


                                      S/CARMEN CONSUELO CEREZO
                                      United States District Judge